UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60986-Civ-SCOLA

KATHERINE W. YOUNG,

    Plaintiff,

vs.

OMNI CREDIT SERVICES
OF FLORIDA, INC.,

    Defendant.

_____/

### ORDER CLOSING CASE UPON DISMISSAL

THIS MATTER has been voluntarily dismissed with prejudice by the Plaintiff. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** in chambers, at Miami, Florida on July 25, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
U.S. Magistrate Judge
Counsel of record
Omni Credit Services of Fla., Inc.
  (addresses of record, via U.S. Mail)